IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GERALD R. MILLER, Trustee of the Bankruptcy Estate of Jimmy Morris, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-06-1008-D |
| LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., | ) ) ) ) | |
| Defendant. | ) | |

**<u>O R D E R</u>**

Before the Court is Defendant's Sixth Motion *In Limine* [Doc. No. 91], by which it seeks to exclude evidence and argument regarding Plaintiff's allegations that Defendant delayed payment of his final paycheck and that unidentified employees of Defendant laughed at Plaintiff when he requested his check. Defendant asserts these allegations are irrelevant to the trial issues on Plaintiff's age discrimination claims, and any relevance would be unduly prejudicial and would confuse the jury, thus warranting exclusion of this evidence under Fed. R. Evid. 403. Plaintiff has responded in opposition to the Motion, arguing that his testimony regarding these alleged facts is highly relevant to damages issues and no unfair prejudice to Defendant would result from its admission.

The Court agrees with Plaintiff regarding the relevance of evidence of a delay in payment and alleged embarrassment caused by employees in Defendant's corporate offices in connection with his termination. This evidence is relevant to Plaintiff's compensatory damages under his theory of the case, which is that he was a victim of company-wide age discrimination and that his termination caused financial hardship and emotional injury. Also, Defendant has failed to persuade the Court that the probative value of Plaintiff's proposed evidence is <u>substantially outweighed</u> by the danger

of unfair prejudice or jury confusion. Thus, the Court declines to rule in advance of trial that Plaintiff's proposed evidence regarding his alleged treatment with regard to his final paycheck is inadmissible.

    IT IS THEREFORE ORDERED that Defendant's Sixth Motion *In Limine* [Doc. No. 91] is DENIED.

    IT IS SO ORDERED this 8th day of May, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE