IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GERALD R. MILLER, Trustee of the Bankruptcy Estate of Jimmy Morris, ) ) ) Plaintiff, ) ) v. ) ) LOVE'S TRAVEL STOPS & ) COUNTRY STORES, INC., ) ) Defendant. ) | Case No. CIV-06-1008-D |

## **O R D E R**

Upon the jury's verdict finding a willful violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq*., the Court finds that Plaintiff is entitled to recover liquidated damages equal to the amount of back pay awarded, or $58,360.  *See* 29 U.S.C. § 626(b) (incorporating damages provided by § 216(b)).  The Court therefore orders an award of liquidated damages in the amount of $58,360.00 included in the judgment to be entered on the jury's verdict.

IT IS SO ORDERED this 16th day of May, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE